FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 MAY 14 PM 1:44
DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
            Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| ANTHONY J. PALMA, | Bankruptcy No. 08-28079 (Chapter 7) |
| Debtor(s) | Judge R. Kimball Mosier |

### DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Southwest Gas Corporation<br>PO Box 1498<br>Victorville, CA 92393 | $1.16 |

A check in the amount of $1.16 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 12 day of May, 2010

DAVID L. MILLER
Chapter 7 Trustee

```
              UNITED STATES
        U.S. Bankruptcy Cour
              District of Utah

          # 00263853 - BH

            May 14, 2010


  Code    Case #    Qty      Amount

  <OR=$25  08-28079              1.
  16 CK
    Debtor - PALMA


  TOTAL→                      1.16



FROM: DAVID L. MILLER
      CK 208
```

David L. Miller, Trustee
PO Box 9
Farmington UT 84025-0009

Case #: 08-28079-GEC
Case: PALMA, ANTHONY J. Debtor(s).

**STERLING BANK**
2550 North Loop West 6th Floor
Houston, TX - 77092

PAY: ONE AND 16/100

VOID AFTER 90 DAYS

DATE: 05/10/2010

CHECK NO: 208

$1.16

TO THE ORDER OF:
Clerk, US Bankruptcy Court

Small Dividends 263853

Trustee

⑅ Details on back.

"000000208" ⑆113005549⑆ "717708807⑈"